UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| SHAUN CHAPMAN, on Behalf of Himself and All Others Similarly-Situated, | ) ) ) | |
| *Plaintiffs*, | ) ) | Case No. 2:21-cv-137 |
| v. | ) ) ) | Judge Atchley |
| | ) | Magistrate Judge Wyrick |
| UNITED COAL COMPANY, LLC, WELLMORE COAL COMPANY, LLC, and WELLMORE ENERGY COMPANY, LLC, | ) ) ) ) ) | |
| *Defendants*. | ) | |

**ORDER APPROVING SETTLEMENT UNDER 29 U.S.C. § 216(b)**

Before the Court is the parties' Joint Motion for Approval of Settlement Under 29 U.S.C. § 216(b) [Doc. 69] and the pertinent materials filed with that motion. The parties' Joint Motion requests that the Court approve under the Fair Labor Standards Act the settlement the parties have entered into, which is filed with the Court as Doc. 61-1 (the "Agreement"), as it relates to the persons who joined this action under 29 U.S.C. § 216(b). Based on the Court's review of the Joint Motion, the Agreement, the Declaration of Plaintiff's counsel submitted with the Motion, and the filings in this case, the Court finds that the parties have a *bona fide* dispute regarding whether Defendants are liable to Plaintiffs under the Fair Labor Standards Act and, if so, the extent of Defendants' liability. In this regard, Defendants deny liability, including within the settlement agreement itself, but have entered into the settlement agreement to resolve Plaintiff's contested claims. The Court further finds that the settlement fairly and reasonably resolves the parties' dispute. Finally, the Court finds that the fees to be paid to Plaintiff's counsel and the named

plaintiff award to be paid to Plaintiff Shaun Chapman as part of the settlement are reasonable. Accordingly, the Court finds that the parties' settlement agreement should be approved.

Therefore, the Court hereby **ORDERS** that the parties' Joint Motion is hereby granted and the Court hereby approves the parties' settlement. Defendants shall make the payments required under the settlement agreement, and the parties shall **within thirty days of the entry of this order** file a stipulation of dismissal dismissing all of the FLSA Plaintiffs' claims in this action, which shall provide that except as expressly provided in the settlement agreement, the parties shall bear their own attorney's fees and discretionary costs.

This Order does not relate to the Joint Motion for Final Approval of Rule 23 Class Settlement [Doc. 68], which will be addressed by a separate Order.

**SO ORDERED.**

/s *Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**