# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| SHAUN CHAPMAN, on Behalf of Himself and All Others Similarly-Situated, | ) ) ) Case No. 2:21-cv-137 |
| *Plaintiffs*, | ) ) Judge Atchley |
| v. | ) ) Magistrate Judge Wyrick |
| UNITED COAL COMPANY, LLC, WELLMORE COAL COMPANY, LLC, and WELLMORE ENERGY COMPANY, LLC, | ) ) ) ) |
| *Defendants*. | ) |

## JUDGMENT

The Honorable Charles E. Atchley, Jr., United States District Judge, having dismissed this action with prejudice pursuant to Federal Rule of Civil Procedure 41(b) after approving settlement agreements as to all claims in the matter and the time allotted for the parties to file their required stipulation of dismissal having passed,

It is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITH PREJUDICE**.

*/s/ LeAnna Wilson*
LeAnna Wilson
CLERK OF COURT